1  W. Zev Abramson, Esq. #289387
     wza@abramsonlabor.com
2  Jack J. Gindi, Esq. #293739
     jack@abramsonlabor.com
3  Nissim M. Levin, Esq. #306376
     nissim@abramsonlabor.com
4  **ABRAMSON LABOR GROUP**
   3580 Wilshire Blvd., Suite 1260
5  Los Angeles, California 90010
   (213) 493-6300 - Telephone
6  (213) 382-4083 - Facsimile

7  Attorneys for Plaintiff,
   DEVIN KHEDARI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN KHEDARI, <br>         Plaintiff, <br> vs. <br><br> LIVING REBOS, LLC, a limited liability company; JAY VIOLA, an individual; and DOES 1-100, <br><br>         Defendants. | **CASE NO. CV 17-1000-GW(SSx)** <br><br> **ORDER GRANTING STIPULATION OF THE PARTIES TO WITHDRAW PLAINTIFF'S MOTION FOR MONETARY SANCTIONS** <br><br> **[Filed Concurrently with Joint Stipulation]** |

On April 10, 2017, the parties to the above-referenced action filed a stipulation to withdraw Plaintiff's motion for monetary sanctions. Based on the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT Plaintiff's request for monetary sanctions that is scheduled to be heard on April 17, 2017 at 8:30 a.m. in Department 9D of the above-entitled Court is withdrawn.

The Scheduling Conference is placed back on calendar for May 1, 2017 at 8:30 a.m., with the Joint 26(f) Report due by April 24, 2017.

IT IS SO ORDERED,

Date: April 14, 2017

_____/s/ George H. Wu_____

GEORGE H. WU, U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES TO WITHDRAW PLAINTIFF'S MOTION FOR MONETARY SANCTIONS