UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-1000-GW(SSx) | Date | April 21, 2017 |
|---|---|---|---|
| Title | *Devin Khedari v. Living Rebos, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER**

Based on the Orders issued on March 22, 2017 [13] and April 14, 2017 [16], the Court hereby VACATES the scheduling conference set for May 1, 2017 at 8:30 a.m. and remands the above-entitled action to the County of Los Angeles Superior Court (SC126776).

 

  :  

Initials of Preparer    JG